**Order entered August 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00652-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### ABDUL PRIDGEN, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15279**

## ORDER

Before the Court is appellees' August 19, 2019 second motion for an extension of time to

file their brief on the merits. We **GRANT** the motion and extend the time to **August 23, 2019**.

/s/    KEN MOLBERG
        JUSTICE